**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 612 EAL 2014
:
         Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
         v. :
:
:
:
MARLAINA KARLA THOMAS, :
:
         Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.